IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  No. 12-30015-DRH |
| | ) |
| MARIA LEIGH WILDER, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF FACTS

The attorney for the United States and the attorney for the Defendant have engaged in discussions and have stipulated to the following facts to support the plea of guilty in accordance with U.S.S.G. § 6B1.4.

1. During relevant times, **MARIA LEIGH WILDER** committed the instant offense in Alton, Madison County, which is located within the Southern District of Illinois.

2. On September 17, 2010, **WILDER** met with a claims representative at the Social Security Administration (SSA) office in Alton, Illinois.

3. **WILDER** represented to the claims representative that her social security number (SSN) was XXX-XX-3853 and she wanted a new SSA card with that number, a number which belonged to someone who was deceased.

4. **WILDER** knew that the SSN number she gave was not hers and that it actually belonged to a deceased person.

5. **WILDER** knowingly and with intent to deceive made the false representation for the purpose of obtaining SSA card with someone else's number.

**IT IS SO STIPULATED.**

_____  
MARIA LEIGH WILDER  
Defendant

_____  
PHILLIP J. KAVANAUGH, III  
Federal Public Defender  
Attorney for Defendant

Date: 1-14-14, 2014

_____  
UNITED STATES OF AMERICA  
Plaintiff

_____  
RANLEY R. KILLIAN  
Assistant United States Attorney

Date: 1/14, 2014

2